IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>v.<br><br>LOIS PATTON<br>(CO-DEFENDANT LAURA MINOT) | 2014-cr-73-02-PB |

ASSENTED-TO MOTION TO CONTINUE
(for 60 days)

Laura Minot, through counsel, respectfully requests that this Court grant a 60 day continuance of trial.  In support, it is stated:

1. The government, in an indictment filed June 11, 2014, originally charged Lois Patton and Laura Minot in a fourteen count indictment with conspiracy to commit wire fraud, nine discrete counts of wire fraud, attempted access device fraud, access device fraud, and aggravated identity fraud.  The offenses arise from alleged efforts to apply for, and use, credit cards obtained from various retail stores using false identifying information, over the course of a twelve-day period in April, 2014.

2. The final pretrial is scheduled for October 23, 2014.  The jury trial is scheduled for the two-week period beginning November 2, 2014.  This case has been previously continued, once, on motion by the co-defendant Ms. Patton.

3. However, on October 1, 2014, the government obtained a Superseding indictment, which undersigned counsel has not yet had opportunity to

1

review with Ms. Minot.  A redlined version of the superseding indictment, provided by prosecuting attorney William Morse to undersigned counsel as a courtesy, shows that the superseding indictment adds several overt acts and corrects typographical, formatting and structural errors.

4. The discovery consists of thousands of pages of reports and records, along with surveillance recordings.  Undersigned counsel has reviewed much, but not all, of this material with Ms. Minot.  Because Ms. Minot is charged with Aggravated Identity Fraud, which carries a mandatory minimum 2 year prison sentence, she faces a difficult situation from a sentencing perspective.

5. Undersigned counsel asks for a 60 day continuance of trial for the following reasons.  First, it has been unusually difficult to work with Ms. Patton and prepare for trial, although she is a very respectful and cooperative client, because she lives in Mattapan, Massachusetts, and has no vehicle or person who can drive her to an appointment in Concord. To date, Ms. Patton has not been able to visit counsel in Concord.  Undersigned counsel has met with her in Mattapan, but has also had occasions where he had to cancel a planned trip to visit her in Mattapan because of other commitments.  Undersigned counsel, as a result, does not feel prepared to go to trial on the present schedule.

6. Further, a continuance would provide further opportunities to attempt to negotiate a settlement.  The parties are presently far apart, but in part that is

attributable to the lack of time that Ms. Patton has spent working with her attorney to date.

7. Further, undersigned counsel has a jury trial during the two-week period beginning October 20, 2014, in Rockingham County Superior Court, where his client is charged with multiple counts of Aggravated Felonious Sexual Assault. Preparation for that trial, alone, will take up most of counsel's available time in October.  Counsel also has a brief to the First Circuit Court of Appeals, due November 28, 2014, arising out of a criminal case that has a very extensive record.  Because of these and many other professional responsibilities, a continuance would be extremely helpful in providing more time for counsel to work closely with Ms. Patton on this case.

8. Ms. Minot will file a waiver of speedy trial under separate cover, within 10 day.  The government, through William Morse, Esq., assents to this motion. The co-defendant Lois Patton, through counsel Jonathan Saxe, Esq., assents to this motion.

    Respectfully submitted,

    /s *Theodore Lothstein*
    Theodore Lothstein
    N.H. Bar. No. 10562
    Lothstein Guerriero, PLLC
    3 N. Spring Street, Ste. 101
    Concord, NH 03301
    TEL: (603) 513-1919

CERTIFICATE OF SERVICE

    I hereby certify that this Motion has been forwarded to all parties of record electronically through the ECF system, this 6th day of October 2014, and a copy has been sent by first class mail to Laura Minot.

                                          /s *Theodore Lothstein*
                                          Theodore Lothstein