UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                      Case No. 14-cr-73-02-PB

**Lois Patton, et al.**


**O R D E R**

    Defendant, Laura Minot, has moved through counsel to continue the November 4, 2014 trial citing the need for additional time to meet with defendants to review the superseding indictment and prepare for trial.  A continuance will also allow for the parties to engage in plea negotiations. The government does not object to a continuance of the trial date.

    Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from November 4, 2014 to January 6, 2014. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The October 20, 2014 final pretrial conference is continued to December 18, 2014 at 3:00 p.m. No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 6, 2014

cc: Theodore Lothstein, Esq.
Jonathan Saxe, Esq.
William Morse, AUSA
United States Marshal
United States Probation