UNITED STATES DISTRICTRICT COU
DISTRICT OF NEW HAMPSHIRE



U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2014 DEC -8 A 9 43

UNITED STAES OF AMERICA

V.                                                        Case No. 143CR00073-01/02-PJB

LOIS PATRICIA PATTON, AKA/A TRIDA
AKA LOIS-HAYNES

And

LAURA A. MINOT

### Motion to dismiss counsel due to Conflict of interest

Now comes the defendant in the above entitled matter and humbly request that this court dismiss counsel and about new counsel in the above entitled matter.

This motion is warranted because counsel for the defendant has not had time to prepare for trial and that plaintiff has done so by filing this motion pro se.

Plaintiff is asking court to dismiss present counsel and appoint knew counsel to afford plaintiff effective assistance of counsel under the 6th amendment.

Inclosing plaintiff has informed counsel that this motion would be filed and counsel will no oppose that request.

Signed under the pains and penalty of perjury.,

*Laura Minot*
Laura Minot, pro se

December 5, 2914

Dear Clerk of court:

Enclosed please find defendants motion to dismiss counsel. Please docket and file the same at your convenience.

Thank you.

*Laura Minot*

Laura Minot, pro se

Cc: filed