**POST SENTENCING ADDENDUM TO THE PRESENTENCE REPORT**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE
UNITED STATES V. LAURA MINOT, DKT. 0102 1:14CR00073-2-PB**

**Modifications by the Probation Officer**

1. At the sentencing hearing held on September 9, 2015, the Court directed the probation officer to meet with defense counsel and the defendant immediately following the sentencing hearing to review the criminal history convictions outlined in the presentence report in order to determine if any of them belonged to her twin sister. After reviewing all the associate court documents and police reports together, it was confirmed that the conviction were appropriately attributed to the defendant. However, two alias names were removed from page 2 of the face sheet based on a lack of information or corroboration regarding when/if those aliases were used.

                                                          Respectfully submitted,

                                                          Jonathan E. Hurtig
                                                          Chief U.S. Probation Officer

By:    /s/Janice A. Benard
          Janice A. Benard
          U.S. Probation Officer

Approved:

/s/Jodi L. Gauvin                    09/11/15
Jodi L. Gauvin                      Date
Supervising U.S. Probation Officer